### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DEHUA LIN, et al.                : | |
| : | CIVIL ACTION NO. 3:07-cv-1658-CFD |
| : | |
| : | |
| Plaintiffs,    : | |
| : | |
| v.            : | July 29, 2010 |
| : | |
| THOMAS M. BRENNAN, et al.   : | |
| : | |
| : | |
| Defendants.   : | |

### MOTION FOR LEAVE FOR LAW STUDENT INTERN TO APPEAR

Plaintiffs respectfully requests leave for Law Student Intern MICHAEL FORMICHELLI to appear in this matter on behalf of DEHUA LIN, XIUFANG WU, and GUO CHEN under the supervision of MICHAEL WISHNIE and SUSAN HAZELDEAN of the Jerome N. Frank Legal Services Organization, subject to the provisions of the District of Connecticut Local Rules of Civil Procedure 83.9.

By: /s/_____
Michael Wishnie, Supervising Attorney (ct27221)
Susan Hazeldean, Supervising Attorney (ct28093)
JEROME N. FRANK LEGAL SERVICES
ORGANIZATION
Yale Law School
P.O. Box 209090
New Haven, Connecticut 06520
Phone: (203) 432-4800
Counsel for Plaintiffs

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2010, a copy of the above was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

Dated: July 29, 2010                     _____/s/_____
                                          Michael J. Wishnie (ct27221)