UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
-------------------------------------------------------------------X
DEHUA LIN, XIUFANG WU and GUO CHEN,         :
                                            :
        Plaintiffs,                         :       3:2007-cv-01658
                                            :
-against-                                   :
                                            :       April 3, 2012
THOMAS M. BRENNAN, ELIAS B. REYNOLDS,       :
and MIANUS RIVER TAVERN, LLC.,              :
                                            :
        Defendants.                         :
-------------------------------------------------------------------X
```

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR DEFAULT JUDGMENT**

On March 27, 2012, this Court granted Plaintiffs' Motion for Default Entry against Mianus River Tavern, LLC and directed Plaintiffs to file their Motion for Default Judgment by April 26, 2012. *See* ECF No. 150. On March 30, 2012, a telephonic pre-settlement conference was held before Magistrate Judge Garfinkel, at which a settlement conference was set for June 13, 2012. *See* ECF No. 155. In light of the upcoming mediation, Plaintiffs respectfully request an extension of the deadline for filing a Motion for Default Judgment to 30 days after the conclusion of the settlement conference.

Dated: April 3, 2012                        Respectfully submitted,

                                            _____/s/_____
                                            Michael Wishnie, ct27221
                                            *Supervising Attorney*
                                            Michael Formichelli
                                            Joshua Rosenthal
                                            Jingni Zhao
                                            *Law Student Interns*
                                            Jerome N. Frank Legal Services Organization
                                            P.O. Box 209090
                                            New Haven, CT 06520-9090
                                            Telephone: (203) 432-4800
                                            Email: michael.wishnie@yale.edu
                                            *Counsel for Plaintiffs*

1

**CERTIFICATION**

      I hereby certify that on April 3, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of this Court's electronic filing system and by mail to the following:

Mianus River Tavern, LLC
c/o Thomas M. Brennan
120 Tunxis Hill Rd. Cut-Off
Fairfield, CT 06825

Thomas M. Brennan
120 Tunxis Hill Rd. Cut-Off
Fairfield, CT 06825

Elias B. Reynolds
126 Arbor Terrace
Fairfield, CT 06890

Parties may access this filing through the Court's CM/ECF System.

                                                                                              /s/
                                                Michael Wishnie, ct27221